| **Batista v Hill** |
| --- |
| 2025 NY Slip Op 30793(U) |
| March 11, 2025 |
| Supreme Court, New York County |
| Docket Number: Index No. 153451/2023 |
| Judge: Hasa A. Kingo |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | | |
|---|---|---|---|
| **PRESENT:** | **HON. HASA A. KINGO** | **PART** | **05M** |

*Justice*

-------------------------------------------------------------------------------X

WILLIAM PENA BATISTA,

                          Plaintiff,

                     - v -

CHRISTOPHER HILL, NEW YORK CITY FIRE
DEPARTMENT, THE CITY OF NEW YORK

                          Defendant.

-------------------------------------------------------------------------------X

| | |
|---|---|
| **INDEX NO.** | 153451/2023 |
| **MOTION DATE** | 12/31/2024 |
| **MOTION SEQ. NO.** | 003 |

### DECISION + ORDER ON MOTION

The following e-filed documents, listed by NYSCEF document number (Motion 003) 37, 38, 39, 40, 41, 42, 43, 44

were read on this motion to/for                   CONSOLIDATE/JOIN FOR TRIAL       .

     Upon the foregoing documents, it is ORDERED that Plaintiff William Pena Batista's ("Plaintiff") motion to consolidate, pursuant to CPLR § 602, is granted without opposition. Plaintiff seeks to consolidate this action, Index No.: 153451/2023 (Action #1), with a related action pending in this court, the Supreme Court, New York County, bearing Index No.: 160036/2023 (Action #2). Plaintiff argues that both actions arise from a motor vehicle collision that occurred on June 13, 2022, and therefore involve common questions of law and fact.

     CPLR §602 states that "[w]hen actions involving a common question of law or fact are pending before a court, the court, upon motion … may order the actions consolidated." A motion to consolidate is addressed to the sound discretion of the trial court (*Progressive Ins. Co. v Vasquez*, 10 AD3d 518, 519 [1st Dept 2004]). "There is a preference to join cases for discovery and trial in the interests of judicial economy and ease of decision-making where there are common questions of law and fact" between the two actions involved (*Lema v 1148 Corp.*, 176 AD3d 653, 654 [1st Dept 2019]). Absent a showing of prejudice to a substantial right by a party opposing the

153451/2023  BATISTA, WILLIAM PENA vs. HILL, CHRISTOPHER ET AL         Page 1 of 4
Motion No.  003

1 of 4

motion, consolidation should be granted where common questions of fact or law exist (*Lema*, 176 AD3d at 654).

Here, it is undisputed that the actions arise out of the same accident and involve the same questions of law and fact. Additionally, there is no opposition to the motion and no showing of prejudice to a substantial right. Therefore, a full consolidation of the two actions would minimize court expense, as well as the time witnesses and parties will have to appear and will avoid duplication of testimony and expedite discovery. Accordingly, it is hereby

ORDERED that the motion is granted and the above-captioned action is consolidated in this court with WILLIAN PENA BATISTA vs. THE NEW YORK AND PRESBYTERIAN HOSPITAL, Index No. 160036/2023 (Action #2), pending in this court; and it is further

ORDERED that the consolidation shall take place under Index No. 153451/2023 and the consolidated action shall bear the following caption:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X    Index No.: 153451/2023
WILLIAN PENA BATISTA,

                              Plaintiff,

          -against-

CHRISTOPHER HILL, NEW YORK CITY FIRE
DEPARTMENT, THE CITY OF NEW YORK, AND THE
NEW YORK AND PRESBYTERIAN HOSPITAL,

                              Defendants.
-------------------------------------------------------------------X

; and it is further

ORDERED that the pleadings in the actions hereby consolidated shall stand as the pleadings in the consolidated action; and it is further

**153451/2023   BATISTA, WILLIAM PENA vs. HILL, CHRISTOPHER ET AL**               **Page 2 of 4**
   **Motion No.  003**

2 of 4

[* 2]

ORDERED that, within 30 days from entry of this order, movant shall serve a copy of this order with notice of entry on the Clerk of the Court, who shall consolidate the documents in the actions hereby consolidated and shall mark his records to reflect the consolidation; and it is further

ORDERED that counsel for the movant shall contact the staff of the Clerk of the Court to arrange for the effectuation of the consolidation hereby directed; and it is further

ORDERED that service of this order upon the Clerk of the Court shall be made in accordance with the procedures set forth in the *Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases* (accessible at the "E-Filing" page on the court's website); and it is further

ORDERED that, as applicable and insofar as is practical, the Clerk of this Court shall file the documents being consolidated in the consolidated case file under Index No. 153451/2023 in the New York State Courts Electronic Filing System or make appropriate notations of such documents in the e-filing records of the court so as to ensure access to the documents in the consolidated action; and it is further

ORDERED that, within 30 days from entry of this order, movant shall serve a copy of this order with notice of entry on the Clerk of the General Clerk's Office, who is hereby directed to reflect the consolidation by appropriately marking the court's records; and it is further

ORDERED that such service upon the Clerk of the General Clerk's Office shall be made in accordance with the procedures set forth in the aforesaid *Protocol*; and it is further

ORDERED that the Clerk is directed to set this matter down for a preliminary conference in the Differentiated Case Management Part on the next available date.

This constitutes the decision and order of the court.

153451/2023   BATISTA, WILLIAM PENA vs. HILL, CHRISTOPHER ET AL
Motion No. 003

Page 3 of 4

[* 3]

**3/11/2025**
**DATE**

                                                                **HASA A. KINGO, J.S.C.**

| CHECK ONE: | | CASE DISPOSED | | **X** | NON-FINAL DISPOSITION | |
|---|---|---|---|---|---|---|
| | **X** | GRANTED | | DENIED | | GRANTED IN PART | | OTHER |
| APPLICATION: | | SETTLE ORDER | | | SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | FIDUCIARY APPOINTMENT | | REFERENCE |

**153451/2023   BATISTA, WILLIAM PENA vs. HILL, CHRISTOPHER ET AL**          **Page 4 of 4**
**Motion No.  003**

4 of 4